Charles Keeshin, Plaintiff-Appellant, v. Roger L. Mc-
Dougal, Kenneth Sandahl, and Lee Roy Sandahl, In-
dividually, and d/b/a Sandahl Farm Service, Defend-
ants-Appellees.
Roger McDougal, Plaintiff-Appellee, v. Charles Keeshin,
Defendant-Appellant.

Gen. No. 68–182. (Abstract of Decision.)

Second District.

August 8, 1969.

Thomas, Kostantacos and Traum, of Rockford, for appellant;
French, Davitt & Greene, of Rockford, for appellees. Opinion by
PRESIDING JUSTICE MORAN. Not to be published in full.